MARY B. BRYAN, EXECUTRIX, APPELLEE, V. CITY OF LINCOLN ET AL., APPELLANTS.

FILED DECEMBER 10, 1929. No. 26738.

*Frank A. Peterson* and *Lloyd Chapman*, for appellants.

*Allen & Requartte, contra.*

Heard before GOSS, C. J., ROSE, DEAN, GOOD and EBERLY, JJ., and REDICK and STEWART, District Judges.

PER CURIAM.

This is an appeal by the city of Lincoln from an order of the district court for Lancaster county reducing the amount of paving assessment on the appellee's property.

The record has been carefully examined and is found to be free from prejudicial error. The judgment of the district court is therefore

AFFIRMED.